SeáweíIí Judge.
 

 When a Defendant in execution within the prison rules, is afterwards thrown into prison by another creditor, the Defendant then has a right to be discharged from the walls of the prison under the insolvent laws. And when discharged, it is for
 
 him
 
 to determine whether his bond has become vacated by such discharge : he then is at liberty to act in the same way as he was before his imprisonment. The Court cannot in such case restrain him from breaking the bounds, nor will it advise him of the effect which breaking the bounds will have in subjecting his securities. It is not competent for the Court to pass any jüdicial determination upon the rights of creditors, who are not before it, in a shape where the validity of the bond can come in question.
 

 In this opinion, Hall, Daniel, and Ruffin, Judges, concurred.